ACCEPTED
06-16-00034-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/29/2016 11:21:25 AM
DEBBIE AUTREY
CLERK

# No. 06-16-00034-CV

IN THE SIXTH COURT OF APPEALS
AT TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/29/2016 11:21:25 AM
DEBBIE AUTREY
Clerk

WAYNE E. FREEMAN, FREEMAN RESOURCES, LTD., AND FRM GP, LLC,
FRANK M. BUFKIN, III, BUFFCO PRODUCTION, INC., TWIN RESOURCES, LLC,
AND CHESAPEAKE LOUISIANA, L.P.,

*Appellants,*

v.

HARLETON OIL & GAS, INC.,

*Appellee*

## APPELLANTS FRANK M. BUFKIN, III, BUFFCO PRODUCTION, INC. AND TWIN RESOURCES, LLC'S MOTION TO EXTEND TIME FOR FILING BRIEF OF APPELLANTS

TO THE HONORABLE COURT OF APPEALS:

Appellants, FRANK M. BUFKIN, III, BUFFCO PRODUCTION, INC. and TWIN RESOURCES, LLC, hereby move the Court pursuant to Rule 38.6(d), Texas Rules of Appellate Procedure, for an extension of time to file their brief. As grounds for such extension the Appellants would show unto the Court the following:

I.

This is Appellants' first request for an extension of time in which to file their brief. Appellants' brief is due to be filed on July 11, 2016.

II.

Although counsel for Appellants have been working diligently to complete research and finalize the brief in this case, additional time is needed due to other commitments, including:

1. Preparation and filing of proposed Docket Control Order, Discovery Order, and Protective Order in Keith Manufacturing Co. v. Cargo Floor B.V., Magnidrive B.V., and German Pellets Louisiana, Civil Action No. 5:15-cv-00009-JRG in the United States District Court, Eastern District of Texas, Texarkana Division;

2. Attendance at the hearing on Defendants Frank M. Bufkin, III, Buffco Production, Inc., and Twin Resources, LLC's Motion to Approve Letter of Credit as Alternative Security to Secure Judgment Pending Appeal in Harleton Oil & Gas, Inc. v. Frank M. Bufkin, III, et al; Cause No. 12-0517 in the 71st District Court of Harrison County, Texas;

3. Serving as mediator in Joan Rogers v. Brookside Grocery Company, Cause No. 15-C-0244-CCL in the County Court at Law of Bowie County, Texas;

4. Serving as mediator in Steve Cannon v. SECOM Technology Corporation, et al, Civil Action No. 5:15-CV-106 in the United States District Court, Eastern District of Texas, Texarkana Division;

5. Serving as mediator in Felis McFarlane v. Jack Bourne, Cause No. 15-C-0665-CCL in the County Court at Law of Bowie County, Texas; and

6. Serving as mediator in Shelby Deanne Dickinson v. Dineshchandra Patel, Cause No. 13-C-1358-CCL in the County Court of Bowie County, Texas;

III.

Further, due to the voluminous nature of the record on appeal, including the Clerk's Record consisting of 2,413 pages, extensive review will be required.

IV.

In addition to the above, counsel for Appellants has a pre-scheduled vacation from July 2 to July 10.

V.

Therefore, Appellants would request an extension of (30) days in which to file their brief. The requested extension should not in the ordinary course of procedure in this court delay oral argument and submission and is not requested for delay but that justice be served.

WHEREFORE, PREMISES CONSIDERED, Appellants, FRANK M. BUFKIN, III, BUFFCO PRODUCTION, INC., and TWIN RESOURCES, LLC, pray that the time for filing their appellate brief be extended thirty (30) days until August 10, 2016.

Respectfully submitted,

/s/ *John R. Mercy*

John R.  Mercy
Texas State Bar No. 13947200
MERCY ✶ CARTER ✶ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX  75503
Telephone:  (903) 794-9419
Facsimile:   (903) 794-1268
E-mail: jmercy@texarkanalawyers.com


Gene F. Creely, II
CREELY LAW FIRM PLLC
State Bar No. 05060550
620 West Alabama Street
Houston, TX 77006
(713) 400-8300 Telephone
(713) 400-8299 Facsimile
gcreely@creelylaw.com


John H. Boswell
BOSWELL & HALLMARK, PC
State Bar No. 02685000
908 Town & Country Boulevard, Suite 200
Houston, TX  77024
(713) 650-1600 Telephone
(832) 356-2412 Facsimile
john@johnboswelllaw.com

ATTORNEYS FOR DEFENDANTS,
FRANK M. BUFKIN, III,
BUFFCO PRODUCTION, INC. and
TWIN RESOURCES, LLC

## CERTIFICATE OF CONFERENCE

I have contacted Greg Smith, Attorney for Appellee, regarding the relief sought by this motion and he has no objection to the motion.

/s/ *John R. Mercy*
John R. Mercy

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2016, the foregoing *Appellants Frank M. Bufkin, III, et al's Motion to Extend Time for Filing Brief of Appellants* was served on all counsel of record by the Electronic Service Provider.

/s/ *John R. Mercy*
John R. Mercy